1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ELLEN JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | No. 8:19-CV-01547-JVS-ADS<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable James V. Selna<br>United States District Judge |
|---|---|

1	Having reviewed the Stipulation for Dismissal with Prejudice and good cause appearing thereof:

2	IT IS HEREBY ORDERED THAT the above-captioned action is dismissed in its entirety with prejudice.

3	IT IS FURTHER ORDERED THAT each party shall bear his, her or its own attorney's fees, costs and expenses.

DATED: _5/22/20_____

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1